**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| EDWARD F. TITUS | : | BK. No. 18-17422-jkf |
| JESSICA A. TITUS | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| LSF10 MASTER PARTICIPATION TRUST | : | |
| Movant | : | |
| v. | : | |
| EDWARD F. TITUS | : | 11 U.S.C. §362 |
| JESSICA A. TITUS | : | |
| Respondents | : | |

## MOTION OF LSF10 MASTER PARTICIPATION TRUST FOR RELIEF FROM AUTOMATIC STAY UNDER §362

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby requests a termination of Automatic Stay and leave to foreclose on its mortgage on real property owned by Debtors, EDWARD F. TITUS and JESSICA A. TITUS.

1. Movant is **LSF10 MASTER PARTICIPATION TRUST.**

2. Debtors, EDWARD F. TITUS aka EDWARD TITUS and JESSICA A. TITUS aka JESSICA TITUS are the owners of the premises located at **1601 HEATHER DRIVE, DOWNINGTOWN, PA 19335**, hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage on the mortgaged premises.

4. Debtors' failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

5. Movant wishes to institute foreclosure proceedings on the mortgage because of Debtors' failure to make the monthly payment required hereunder.

6. The foreclosure proceedings to be instituted were stayed by the filing of the instant Chapter 13 Petition.

7. As of April 8, 2019, Debtors have failed to tender post-petition mortgage payments for the months of February 2019 through April 2019. The monthly payment amount for the months of February 2019 through April 2019 is $1,626.08, less suspense in the amount of $0.92, for a

total amount due of $4,877.32. The next payment is due on or before May 1, 2019 in the amount of $1,626.08. Under the terms of the Note and Mortgage, Debtors have a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant.

8.  Movant, **LSF10 MASTER PARTICIPATION TRUST,** requests the Court award reimbursement in the amount of $1,031.00 for the legal fees and costs associated with this Motion.

9.  Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

10. Movant specifically requests permission from the Honorable Court to communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law.

11. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a.  modifying the Automatic Stay under Section 362 with respect to **1601 HEATHER DRIVE, DOWNINGTOWN, PA 19335** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b.  Movant specifically requests permission from this Honorable Court to communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and

c.  waiving Federal Rule of Bankruptcy Procedure 3002.1; and

    d.    Granting any other relief that this Court deems equitable and just.

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

April 11, 2019