IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EDWARD F. TITUS ) <br> JESSICA A. TITUS ) <br> **Debtor(s)** ) <br> ) <br> AMERICREDIT FINANCIAL SERVICES, INC. ) <br> dba GM FINANCIAL ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> EDWARD F. TITUS ) <br> JESSICA A. TITUS ) <br> **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br> **Trustee** | CHAPTER 13 <br><br> Case No.: 18-17422 (JKF) <br><br> **Hearing Date: 8-21-19 at 9:30 AM** <br><br> 11 U.S.C. 362 |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 8, 2019, in the above matter is APPROVED.

Dated: 10/9/19

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon