IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EDWARD F. TITUS ) <br>     JESSICA A. TITUS ) <br>     **Debtor(s)** ) <br> ) <br> AMERICREDIT FINANCIAL SERVICES, INC. ) <br> dba GM FINANCIAL ) <br>     **Moving Party** ) <br> ) <br>   v. ) <br> ) <br> EDWARD F. TITUS ) <br> JESSICA A. TITUS ) <br>     **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br>     **Trustee** ) <br> ) | CHAPTER 13 <br><br> Case No.: 18-17422 (JKF) <br><br> 11 U.S.C. 362 |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

    Upon the Certificate Of Default filed by AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2013 Jeep Wrangler** bearing vehicle identification number 1C4AJWAG7DL609333 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    Date:

_____
UNITED STATES BANKRUPTCY JUDGE