**PHELAN HALLINAN DIAMOND &
JONES, LLP**

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Jerome Blank, Esquire                                                                                   REPRESENTING LENDERS IN
BANKRUPTCY ATTORNEY                                                                              Pennsylvania

12/20/2019

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107
**SENT VIA REGULAR MAIL AND EMAILED TO brad@sadeklaw.com**

**RE:      TITUS**
        **Bankruptcy No.:  18-17422 JKF**

Dear Counselor:

   Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on June 4, 2019.

   Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of November 2019 through December 2019 in the amount of $1,626.08, with an additional Stipulation payment in the amount of $816.11 for the month of November 2019, less Debtors' suspense in the amount of $63.95.  In order to cure this default, it will be necessary for your client to remit $4,004.32, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

   **Your clients' payment to cure this default should be remitted to:  Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA  19103, ATTN: BK DEPT and made payable to CALIBER HOME LOANS, INC.**

   If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

                                                                    JESSICA GREGG, Legal Assistant
                                                                    Phelan Hallinan Diamond & Jones, LLP

cc:      EDWARD f. TITUS
         JESSICA A. TITUS
         CALIBER HOME LOANS, INC.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY