**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward F. Titus                              CHAPTER 13
        Jessica A. Titus

                    Debtor(s)                    BKY. NO. 18-17422 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust and index same on the master mailing list.

                                                  Respectfully submitted,

/s/ 
Denise Carlon
08 Aug 2022, 15:56:58, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322