| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 18-17422-AMC

EDWARD F TITUS
JESSICA A TITUS
1601 HEATHER DRIVE
DOWNINGTOWN PA 19335

Petition Filed Date: 11/08/2018
341 Hearing Date: 01/04/2019
Confirmation Date: 04/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,364.00 | 7606195000 | 05/17/2021 | $1,364.00 | 7676538000 | 06/16/2021 | $2,000.00 | 7747469000 |
| 08/02/2021 | $1,454.00 | 7850320000 | 08/30/2021 | $1,364.00 | 7902289000 | 09/28/2021 | $1,364.00 | 7954986000 |
| 10/25/2021 | $1,364.00 | 8032199000 | 12/06/2021 | $1,364.00 | 8125268000 | 01/04/2022 | $1,364.00 | 8188183000 |
| 02/15/2022 | $1,364.00 | 8264417000 | 04/04/2022 | $1,364.00 | 8371478000 | 05/09/2022 | $1,364.00 | 8446688000 |
| 06/24/2022 | $1,364.00 | 8543706000 | 07/25/2022 | $1,364.00 | 8598733000 | | | |

Total Receipts for the Period: $19,822.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $56,166.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | PREMIER ORTHOPAEDIC AND SPORTS MEDICINE<br>»» 002 | Unsecured Creditors | $162.29 | $0.00 | $162.29 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ASHLEY FUNDING SVCS LLC<br>»» 003 | Unsecured Creditors | $75.61 | $0.00 | $75.61 |
| 8 | FAY SERVICING LLC<br>»» 008 | Mortgage Arrears | $48,599.25 | $32,035.74 | $16,563.51 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Creditors | $11,734.55 | $11,734.55 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $702.84 | $0.00 | $702.84 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $487.28 | $0.00 | $487.28 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $2,233.85 | $1,472.52 | $761.33 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $410.15 | $0.00 | $410.15 |
| 6 | WEST BRADFORD TOWNSHIP<br>»» 006 | Secured Creditors | $99.22 | $99.22 | $0.00 |
| 10 | BRAD J SADEK ESQ<br>»» 010 | Attorney Fees | $3,455.00 | $3,455.00 | $0.00 |

**Chapter 13 Case No. 18-17422-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $56,166.00 | Current Monthly Payment: | $1,364.00 |
| Paid to Claims: | $48,797.03 | Arrearages: | $2,728.00 |
| Paid to Trustee: | $4,859.21 | Total Plan Base: | $80,718.00 |
| Funds on Hand: | $2,509.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.