| | |
|---|---|
| IN RE: Jessica A. Titus<br>      Edward F. Titus<br>                 <u>Debtors</u> | Chapter 13 |
| U.S. Bank Trust National Association, not in its<br>individual capacity, but solely as Trustee of LSF10<br>Master Participation Trust<br>                 <u>Moving Party</u><br>       vs. | NO. 18-17422 AMC |
| Jessica A. Titus<br>Edward F. Titus<br>                 <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| and Scott F. Waterman<br>                 <u>Trustee</u> | |

## <u>CERTIFICATION OF DEFAULT</u>

      I, Mark A. Cronin, Esquire, attorney for Moving Party, certify that Debtors have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated May 30, 2023, was served upon the Debtors and Debtors' Attorney on said date. Subsequent to said notice, the Debtors have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

      June 30, 2023

                                  /s/ Mark A. Cronin
                                  Mark A. Cronin, Esq.
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  Phone: (215) 627-1322
                                  mcronin@kmllawgroup.com