**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JESSICA A. TITUS | : | Chapter 13 |
| EDWARD F. TITUS | : | |
| | : | Case No. 18-17422-AMC |
| Debtors. | : | |

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

JESSICA A. TITUS and EDWARD F. TITUS (the "Debtors"), by and through their undersigned counsel, hereby object to the Certification of Default (the "Certification") filed by U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust (the "Movant"). The Debtors deny the fact alleged in the Certification, and further, deny that the Debtors have defaulted in their post-petition obligations to the Movant.


Dated: July 13, 2023                                    */s/ Brad J. Sadek*
                                                                 Brad J. Sadek, Esquire
                                                                 Sadek Law Offices
                                                                 Two Penn Center
                                                                 1500 JFK Boulevard, Suite 220
                                                                 Philadelphia, Pennsylvania 19102
                                                                 (215) 545-0008
                                                                 brad@sadeklaw.com

                                                                 *Counsel to the Debtor*