| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-17422-AMC

EDWARD F  TITUS
JESSICA  A  TITUS
1601 HEATHER DRIVE
DOWNINGTOWN  PA    19335

Petition Filed Date: 11/08/2018
341 Hearing Date: 01/04/2019
Confirmation Date: 04/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $5,456.00 | 8652444000 | 11/14/2022 | $1,364.00 | 8818493000 | 12/12/2022 | $1,364.00 | 8864847000 |
| 02/06/2023 | $1,364.00 | 8963990000 | 02/21/2023 | $1,364.00 | 8963997000 | 04/03/2023 | $1,364.00 | 9080845000 |
| 05/01/2023 | $1,364.00 | 9130347000 | 05/30/2023 | $1,364.00 | 9183121000 | 06/12/2023 | $1,364.00 | 9212464000 |
| 07/24/2023 | $1,364.00 | 9279880000 | | | | | | |

**Total Receipts for the Period:  $17,732.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $73,898.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | PREMIER ORTHOPAEDIC AND SPORTS MEDICINE<br>»» 002 | Unsecured Creditors | $162.29 | $16.68 | $145.61 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ASHLEY FUNDING SVCS LLC<br>»» 003 | Unsecured Creditors | $75.61 | $0.00 | $75.61 |
| 8 | FAY SERVICING LLC<br>»» 008 | Mortgage Arrears | $48,599.25 | $48,599.25 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Creditors | $11,734.55 | $11,734.55 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $702.84 | $72.24 | $630.60 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $487.28 | $50.08 | $437.20 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $2,233.85 | $2,233.85 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $410.15 | $42.15 | $368.00 |
| 6 | WEST BRADFORD TOWNSHIP<br>»» 006 | Secured Creditors | $99.22 | $99.22 | $0.00 |
| 10 | BRAD J SADEK ESQ<br>»» 010 | Attorney Fees | $3,455.00 | $3,455.00 | $0.00 |

**Chapter 13 Case No. 18-17422-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $73,898.00 | Current Monthly Payment: | $1,364.00 |
| Paid to Claims: | $66,303.02 | Arrearages: | $2,728.00 |
| Paid to Trustee: | $6,345.97 | Total Plan Base: | $80,718.00 |
| Funds on Hand: | $1,249.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.