United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17422-amc |
| Edward F. Titus | Chapter 13 |
| Jessica A. Titus | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2023 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Titus, Jessica A. Titus, 1601 Heather Drive, Downingtown, PA 19335-3577 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST amps@manleydeas.com |
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Jessica A. Titus brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Edward F. Titus brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bkecf@friedmanvartolo.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master |

Participation Trust bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor West Bradford Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST jblank@pincuslaw.com mmorris@pincuslaw.com

MARK A. CRONIN
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                         Chapter: 13

    Edward F. Titus and Jessica A. Titus

Debtor(s)                                                                                 Case No: 18−17422−amc

---

### *ORDER*

    AND NOW, October 23, 2023, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

    For The Court

    Ashely M. Chan

    Judge, United States Bankruptcy Court